IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERWORKS, INC.,

    Plaintiff,

v.

INTERWORKS S.A.,

    Defendant.

Case no. 1:17-cv-01353-ABJ



**FILED**
**SEP 1 3 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER GRANTING AGREED MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

This court having considered Plaintiff InterWorks, Inc. and Defendant Interworks S.A.'s Agreed Motion and Stipulation for Dismissal With Prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, finds that the Motion and Stipulation is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that, in accordance with the Agreed Motion and Stipulation for Dismissal With Prejudice and the incorporated Settlement Agreement by and between the parties, which terms and conditions are incorporated herein, this action is hereby dismissed and each party is to bear its own costs and attorneys' fees.

DATED: 9/13/17

Amy Berman Jackson
United States District Judge